IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL R. SIEGEL, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | No. 16-cv-10856 |
| | Judge: Samuel Der-Yeghiayan |
| INOME INC. d/b/a INTELIUS, INC., on behalf of itself and all other entities similarly situated, | Magistrate: Judge M. David Weisman |
| Defendants. | |

## DEFENDANT INTELIUS, INC.'S MOTION TO DISMISS
## PURSUANT TO RULES 12(B)(1), 12(B)(2) AND 12(B)(6)

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), defendant Intelius, Inc.[1] hereby moves to dismiss the Complaint, with prejudice. As an initial matter, the Court should dismiss the Complaint under Rule 12(b)(2) because plaintiff Michael R. Siegel has failed to adequately plead personal jurisdiction over Intelius in Illinois. If, however, the Court does not dismiss under Rule 12(b)(2) without discovery, Intelius requests that the Court dismiss because (1) the First Amendment bars Siegel's claim; (2) Siegel has failed to state a claim under the Illinois Right of Publicity Act, 765 ILCS 1075/1, *et seq.* ("IRPA"); (3) Siegel's claim fails under Section 230 of the Communications Decency Act, 47 U.S.C. § 230; (4) Siegel has failed to adequately plead standing under Article III of the U.S. Constitution; (5) without an IRPA claim, there can be no unjust enrichment claim; and (6) there is no separate cause of action for

---

[1] Inome, Inc., is the former corporate name of Intelius, Inc., and ceased being used in 2015. Defendant was known as Intelius, Inc. until January 1, 2017, at which time its corporate name formally changed to PeopleConnect, Inc. Defendant refers to itself as "Intelius" in this Motion to be consistent with prior filings.

- 1 -

injunctive relief. Finally, if Intelius prevails on this Motion, the Court should award Intelius recovery of its attorneys' fees for defending against this action.

WHEREFORE, for the foregoing reasons, as set forth more fully in the accompanying memorandum of law, the Court should dismiss the Complaint and award Intelius the attorneys' fees it has incurred in defendant this action.

Respectfully submitted,

INTELIUS, INC.

By:   /s/ Blaine C. Kimrey
      One of Its Attorneys

Blaine C. Kimrey, Bar No. 6279625
Bryan K. Clark, Bar No. 6296090
Andrew M. Barrios, Bar No. 6317042
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500

Dated: January 12, 2017

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 12, 2017, a copy of the foregoing was electronically filed in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.

                                         */s/ Blaine C. Kimrey*